

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-21-00058-CV |
| D.A.A.-B., | § | Appeal from the |
|  | § | 388th District Court |
| A CHILD. | § | of El Paso County, Texas |
|  | § | (TC# 2016DCM0868 ) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the order of dismissal of the Suit Affecting the Parent-Child Relationship. We therefore reverse the order of dismissal of the Suit Affecting the Parent-Child Relationship of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Palafox, J., Concurring